In the Matter of MAX VICTOR, Appellant, against GEORGE DE MAZIROFF et al., Respondents.

Argued February 20, 1950; decided March 2, 1950.

*Milton M. Levin* for appellant.

*Lyman Stansky* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.